# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

BRITISH AIRWAYS, PLC
Plaintiff

CIVIL ACTION
NO. 25cv11666-WGY

V.

THE MASSACHUSETTS PORT AUTHORITY ET AL
Defendants

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

The Court having been advised on July 8, 2025, that the above-entitled action has been settled.

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

July 9, 2025                          /s/Matthew A. Paine
Date                                 Deputy Clerk